IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 1 5 2005
J. T. NOBLIN, CLERK
BY_____DEPUTY

| | |
|---|---|
| DAVID J. JOHNSON, GARY R. JOHNSON AND JAMES W. JOHNSON, JR., WRONGFUL DEATH BENEFICIARIES OF JAMES W. JOHNSON, DECEASED | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:03CV601-L-N |
| ASHLAND, INC., ET AL. | DEFENDANTS |

### AGREED ORDER OF DISMISSAL

The joint Motion of the Plaintiffs and the Defendants to dismiss the Defendants The Dow Chemical Company, General Electric Company, Shell Oil Company, Siemens Energy & Automation, Inc., and Monsanto Company with prejudice, and to dismiss the remaining Defendants without prejudice has come before the Court. Having considered the Motion, the Court finds that it is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims against the Defendants The Dow Chemical Company, General Electric Company, Shell Oil Company, Siemens Energy & Automation, Inc., and Monsanto Company asserted by the Plaintiffs are dismissed with prejudice and that all claims against the remaining Defendants are dismissed without prejudice. Each party is to bear its own costs.

**ORDERED** on this the 15th day of December, 2005.

_____
U. S. DISTRICT COURT JUDGE

AGREED TO AND APPROVED:

_____
Christopher E. Fitzgerald (MBN 10668)
FITZGERALD & ASSOCIATES, PLLC
2113 Government Street, Suite D-3
Ocean Springs, MS 39564
Post Office Box 1500
Ocean Springs, MS 39566-1500
(228) 875-9072

COUNSEL FOR PLAINTIFFS.

_____
Scott W. Pedigo (MBN 10735)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Post Office Box 14167
Jackson, Mississippi 39236-4167
(601) 351-2400

COUNSEL FOR DEFENDANT, MONSANTO COMPANY.

_____
Richard F. Yarborough, Jr. (MBN 6628) with permission
SMITH, REEVES & YARBOROUGH, PLLC   by SWP
Post Office Box 13469
Jackson, MS 39236-3469
(601) 965-7255

COUNSEL FOR DEFENDANTS, ASHLAND, INC. A/K/A ASHLAND CHEMICAL COMPANY; CHEVRON U.S.A., INC.; EXXON CORP.; SHELL OIL COMPANY; AND UNION OIL COMPANY OF CALIFORNIA.

JM SWP 312590 v2
2139285-000009 09/20/2005
JM SWP 312590 v2
2139285-000009 09/20/2005

*Jerry Ronecker* (signed with permission by SWP)

Jerry Ronecker (MBN 9737)
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500

COUNSEL FOR DEFENDANT, SIEMENS ENERGY & AUTOMATION, INC.

*Joseph H. Hart IV* (with permission by SWP)

Joseph H. Hart, IV (MBN 100948)
ABBOTT, SIMSES AND KUCHLER
400 Lafayette Street, Suite 200
New Orleans, LA 70103
504-524-1933

COUNSEL FOR DEFENDANT, THE DOW CHEMICAL COMPANY.

*Raymond L. Brown* (with permission by SWP)

Raymond L. Brown (MBN 4673)
BROWN, BUCHANAN & SESSOMS
P.O. Box 1377
Pascagoula, MS 39531-1377
228-374-2999

COUNSEL FOR DEFENDANT, UNIVAR USA, INC. ON BEHALF OF MCKESSON CHEMICAL COMPANY (INCORRECTLY SUED AS UNIVAR CORPORATION).

*John C. McCants* (with permission by SWP)

John C. McCants (MBN 100031)
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
City Centre
200 South Lamar Street
Suite 100
Jackson, MS 39201-4099
601-960-8600

COUNSEL FOR DEFENDANT, GENERAL ELECTRIC COMPANY.